UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jose Cortez
                                   Plaintiff,

v.                                                                         Case No.: 1:15−cv−04724
                                                                             Honorable Daniel G. Martin

Donati's of Lake Forest, Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 27, 2016:

       MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Defendant did not appear. First payment has been made and the next payment is due late July. Settlement payments are on track. This case is dismissed without prejudice to automatically convert to prejudice on 2/1/2017. Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.